COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      *In re Kenny Bates d/b/a Bates Backhoe Service*

Appellate case number:   01-13-00037-CV

Trial court case number:  11-CV-0328

Trial court:               212th District Court, Galveston County, Texas

Real Party in Interest, Jacob Walker, moved to extend the time to file his response to the petition for writ of mandamus filed by relator, Kenny Bates *d/b/a* Bates Backhoe Service, and to stay proceedings in the trial court pending this Court's ruling on the mandamus petition. We **grant** the motion.

It is **ordered** that real party in interest's response is due **Monday, March 4, 2013**.

The Court **stays**, until further order of this Court, the underlying proceedings in *Jacob Walker v. Kenny Bates d/b/a Bates Backhoe Service*, No. 11-CV-0328 (212th Dist. Ct., Galveston Cnty., Tex.). *See* TEX. R. APP. P. 52.10(b).

It is so ORDERED.

Judge's signature: /s/ Evenlyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court

Date: February 4, 2013